# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| BBC Ice Cream LLC,<br><br>        Plaintiff,<br><br>v.<br><br>sprd.net AG, Spreadshirt, Inc., Spreadshirt Print on Demand GmbH, and JOHN DOES 1-10,<br><br>        Defendants. | Case No. 1:25-cv-01055-BMB<br><br>Judge Bridget M. Brennan |

## DEFENDANTS SPRD.NET AG, SPREADSHIRT, INC., AND SPREADSHIRT PRINT ON DEMAND GMBH'S
## MOTION TO DISMISS OR TRANSFER

The Defendants sprd.net AG, Spreadshirt, Inc., and Spreadshirt Print on Demand GmbH (collectively, the "Spreadshirt Defendants") hereby move this Court pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure to Dismiss Plaintiff BBC Ice Cream LLC's ("BBC") Complaint (Doc No. 1), because the Court lacks personal jurisdiction over the Defendants. In the alternative, Defendants move to transfer the case pursuant to 28 U.S.C. § 1404(a) to the District of Delaware, the Eastern District of Pennsylvania, or the Southern District of New York. The grounds for this motion are set forth in the accompanying memorandum of law and Affidavits of Raisa Dyadkina and James E. Gallagher.

36492076.1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 11, 2025 | *s/ Matthew J. Cavanagh* <br> Matthew J. Cavanagh (0079522) <br> Christopher G. Dean (0092883) <br> MCDONALD HOPKINS LLC <br> 600 Superior Avenue, E., Suite 2100 <br> Cleveland, Ohio 44114 <br> t 216.348.5400 │ f 216.348.5474 <br> mcavanagh@mcdonaldhopkins.com <br> cdean@mcdonaldhopkins.com <br><br> Christopher J. Marino (*pro hac vice forthcoming*) <br> James E. Gallagher (*pro hac vice forthcoming*) <br> DAVIS MALM & D'AGOSTINE, P.C. <br> One Boston Place, 37th Floor <br> Boston, MA 02108 <br> t 617.367.2500│ f 617.523.6215 <br> cmarino@davismalm.com <br> jgallagher@davismalm.com <br><br> *Counsel for Defendants* |

36492076.1